IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL NYEMAH BROWN, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| OFFICER BLAINE LEIS, UPPER MERION TOWNSHIP POLICE | : | NO. 19-4696 |

### ORDER

**AND NOW**, this 12th day of May, 2020, upon consideration of Defendants Officer Blaine Leis and the Upper Merion Township Police's unopposed Motion to Dismiss (Docket No. 5), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED**.

2. The Complaint is **DISMISSED** in its entirety.

3. On or before June 12, 2020, Plaintiff may file an amended complaint against Defendant Officer Blaine Leis, provided that he can cure the pleading deficiencies in his claims against Officer Leis that we have identified in the accompanying Memorandum.

4. Plaintiff may not re-assert his claims against the Upper Merion Township Police in any amended complaint as we have determined that his claims against the Upper Merion Township Police are futile.

BY THE COURT:

/s/ John R. Padova
John R. Padova, J.